IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-04-080-P |
| ) | |
| ANTHONY JASON ROBERTS, ) | FILED |
| ) | |
| Defendant. ) | SEP 2 2 2004 |
| | William B. Guthrie |
| | Clerk, U.S. District Court |
| | By _____ PB _____ Deputy Clerk |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge in which the Magistrate Judge proposes the findings of fact as set forth in the report and recommends that Defendant Anthony Jason Roberts' Motion to Suppress be denied. On September 14, 2004, the defendant filed an objection to the magistrate's report. In said objection, the defendant stipulates that "the factual background" and "statement of applicable law as stated by the Magistrate [are] accurate." Defendant asserts, however, continues to attack the McCurtain County Sheriff's policy because it "does not address the impoundment of vehicles located on private property." Upon review of the Report and Recommendation, this Court hereby adopts the same as the ruling of this Court.

It is the Order of this Court that the Defendant Anthony Jason Roberts' Motion to Suppress [Docket No. 7] is in all respects DENIED.

ORDERED THIS 22 DAY OF SEPTEMBER, 2004.

JAMES H. PAYNE
UNITED STATES DISTRICT COURT JUDGE